UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACYE BENARD WASHINGTON,<br><br>            Plaintiff,<br><br>    v.<br><br>SALINAS VALLEY STATE PRISON, et al.,<br><br>            Defendants. | Case No. 22-cv-04945 BLF<br><br>**ORDER OF DISMISSAL** |

On August 30, 2022, Plaintiff, proceeding *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983. Dkt. No. 1. On the same day, the Clerk sent Plaintiff a notice informing him that he needed to either pay the filing fee or file an *In Forma Pauperis* ("IFP") application within twenty-eight days to avoid dismissal. Dkt. No. 2. The deadline passed, and Plaintiff failed to pay the filing fee or file an IFP application. The matter was reassigned to this Court on October 3, 2022. Dkt. No. 5.

Accordingly, this action is **DISMISSED** without prejudice for failure to pay the filing fee. The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: ___October 12, 2022___

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.22\04945Washington_dis-ifp.