UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACYE BENARD WASHINGTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SALINAS VALLEY STATE PRISON, et al.,<br><br>　　　　　Defendants. | Case No. 22-cv-04945 BLF<br><br>**JUDGMENT** |

The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to pay the filing fee or file an IFP application. A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: __October 12, 2022___

BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\CR.22\04945Washington_jud-ifp